No. 91–1340. DENNLER ET AL. *v.* TRIPPET ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded

for further consideration in light of § 27 of the Securities Exchange Act of 1934, 48 Stat. 902, as amended, 15 U. S. C. § 78aa. JUSTICE THOMAS took no part in the consideration or decision of this case.